UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CV423-306 |
| ) | |
| TIMOTHY M. RAGEN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have submitted a Rule 26(f) Report that does not comply with the Honorable Lisa Godbey Wood's requirements.[1] *See* doc. 6. The parties are **DIRECTED** to resubmit their Report using Judge Wood's Rule 26(f) Report form and providing all requested information within seven days of this Order. A copy of Judge Wood's mandated form can be located on the Court's website at www.gasd.uscourts.gov under "Forms" > "Civil Forms."

Furthermore, Plaintiff is responsible for filing an affidavit of

---

[1] The parties were erroneously directed by the undersigned to use a different form. Doc. 3.

service, *see* Fed. R. Civ. P. 4(l)(1), or a waiver of service, *see* Fed. R. Civ. P. 4(d)(4), with the Court. The parties represent in their Rule 26(f) Report that Defendant has been served, *see* doc. 6 at 1, but neither an affidavit nor waiver of service has been filed. *See generally* docket. The parties are therefore **DIRECTED** to update the Court as to Defendant's deadline to answer or otherwise respond to the complaint in their next submission to the Court.

**SO ORDERED**, this 19th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA