# In the United States District Court for the Southern District of Georgia
## Savannah Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                4:23-CV-306

TIMOTHY M. RAGEN,

    Defendant.

### ORDER

Before the Court is a motion to set aside default, dkt. no. 17, filed by Defendant Timothy Ragen. Therein, Defendant admits that his answer to Plaintiff's complaint was due December 22, 2023, but that he did not file an answer until December 29, 2023. Defendant is therefore in default. Defendant now moves, pursuant to Federal Rule of Civil Procedure 55(c), to set aside default. After consideration of the motion, for good cause shown, and Plaintiff having consented to the motion, Defendant's motion to set aside default, dkt. no. 17, is **GRANTED**. Therefore, default is hereby set aside, and Defendant's answer to the complaint, dkt. no. 14, is deemed timely filed.

**SO ORDERED**, this 8 day of January, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA